**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morrison, Ekre & Bart Management Services Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Melanie Dawson, et al.,<br><br>Defendants. | No. CV-20-00050-TUC-DCB<br><br>**ORDER** |

On January 30, 2020, the Defendants Dawson, acting *pro se,* removed this action from state court. (Doc. 1.) They, also, seek to proceed without prepaying fees or costs. (Doc. 2.) The Defendants seek to remove a forcible detainer on proceeding from the Justice Court of Pima County. The Plaintiff has filed an Objection to the removal. (Doc. 6.) For all the reasons stated in the Objection, which are succinctly explained, the Court finds that this action is not removable. It is apparent on the face of the Complaint that there is no federal question jurisdiction over, what is essentially, a residential eviction proceeding. The Court remands the case to the Pima County Justice Court.

**Accordingly,**

**IT IS ORDERED** that the Application to Proceed without Prepaying Fees and Costs (Doc. 2) is DENIED.

**IT IS FURTHER ORDERED** that this action is REMANDED to the Pima County Justice Court.

/ / /

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward a copy of this Order to the Justice Court for Pima County.

Dated this 23rd day of March, 2020.

_____
Honorable David C. Bury
United States District Judge